IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:11CR223 (Judge Crone) |
| ASHLEY LYNN FERRELL (14) | § | |

### FACTUAL STATEMENT

The defendant, ASHLEY LYNN FERRELL hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant ASHLEY LYNN FERRELL, who is changing his plea to guilty is the same person charged in the Information.

2. That the events described in the occurred in the Eastern District of Texas and elsewhere. The defendant ASHLEY LYNN FERRELL stipulates and submits to venue in the Eastern District of Texas.

3. That the defendant ASHLEY LYNN FERRELL knowingly and intentionally used a "communication facility" (a telephone) as charged.

4. That the defendant ASHLEY LYNN FERRELL used the "communication facility" with the intent to facilitate the commission of the crime of distribution of a controlled substance.

5. The defendant ASHLEY LYNN FERRELL participated in the following acts, among others:

ASHLEY LYNN FERRELL used a telephone to repeatedly purchase heroin and assisted others with the purchase of heroin.

Factual Statement- Page 1

## DEFENDANT SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Statement and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Statement and agree without reservation that it accurately describes the events and my acts.

Dated: 5-21-12

ASHLEY LYNN FERRELL
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Statement and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Statement and the Information.

Dated: 21 May 12

JOEL PETRAZIO
Attorney for the Defendant

Factual Statement- Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 4:11CR145 |
| | § | (Judge Crone) |
| ROBERT GUILLERMO CALIX-HERNANDEZ (3) | § | |

## WAIVER OF INDICTMENT

I, ROBERT GUILLERMO CALIX-HERNANDEZ, the above named defendant, who is accused in the Eastern District of Texas of committing an affirmative act designed to conceal the fact that a federal felony had been commited, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5-30, 2012, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
~~JOHN KYLE HARKINS~~, Robert Guillermo Calix-Hernandez
Defendant

_____
~~MARK MEISINGER~~, Kyle Kemp
Attorney for Defendant

BEFORE: _____
JUDICIAL OFFICER